UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE SMITH,<br><br>       Plaintiff,<br><br>vs.<br><br>JAMES COX, *et al.*,<br><br>       Defendants. | Case No.: 3:15-CV-00511-RCJ-VPC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 73) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 73) entered on July 24, 2018, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF No. 64). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 73).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 64) is GRANTED.

///

1

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

IT IS HEREBY ORDERED this 8th day of August, 2018.

_____
ROBERT C. JONES